# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

| | | |
|---|---|---|
| MELYNDA BOWLING, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:24-cv-00001-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| MARTIN O'MALLEY, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 28, 2024 Order of Remand.

August 28, 2024

Katherine Hord Simon, Clerk
United States District Court